# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Sauer Brands, Inc., | JUDGMENT IN CASE |
| Plaintiff(s), | 3:19-cv-00508-FDW-DSC |
| vs. | |
| Duke Sandwich Productions, Inc., Duke Brands and DFP Sandwich Shops, LLC, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 4, 2021 Consent Judgment and Permanent Injunction Order.

June 4, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court